1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | | |
|---|---|---|
| NIRRAN WELLS, | ) | No.   CV11-1063 LHK |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| v. | ) | |
| COUNTY OF SANTA CLARA et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff Nirran Wells and Defendant County of Santa Clara, through their designated counsel, that the above-captioned action shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter judgment dismissing the entire action with prejudice.

//
//
//
//
//
//
//

|     |     |
| --- | --- |
| 1   | IT IS FURTHER STIPULATED THAT each party shall bear its own costs and |
| 2   | attorney's fees. |

MIGUEL MÁRQUEZ
County Counsel

Dated:_____  By: _____
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: 5-9-11  By: /s/ Louis Abronson
LOUIS ABRONSON, Esq.

Attorney for Plaintiff
NIRRAN WELLS

## ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
2. The clerk shall enter judgment dismissing the entire action with prejudice.
3. Each party shall bear its own costs and attorney's fees.

Dated:_____

_____
HONORABLE LUCY H. KOH
United States District Court Judge

IT IS FURTHER STIPULATED THAT each party shall bear its own costs and attorney's fees.

MIGUEL MÁRQUEZ
County Counsel

Dated: May 13, 2011        By:        /S/
                                MELISSA R. KINIYALOCTS
                                Deputy County Counsel

                                Attorneys for Defendant
                                COUNTY OF SANTA CLARA


Dated:_____        By: _____
                                LOUIS ABRONSON, Esq.

                                Attorney for Plaintiff
                                NIRRAN WELLS


**ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
2. The clerk shall enter judgment dismissing the entire action with prejudice.
3. Each party shall bear its own costs and attorney's fees.

Dated: May 16, 2011        _____
                                HONORABLE LUCY H. KOH
                                United States District Court Judge